EX ARTE E. S. SIMPKINS.

No. 2900.     Decided November 19, 1913.

**Appeal—Dismissal—Practice on Appeal.**

Where it appeared to this court since the submission of the case that appellant has concluded to accept the decision of the lower court, the appeal will be dismissed.

Appeal from the District Court of Grayson. Tried below before the Hon. W. J. Mathis.

Appeal from a habeas corpus proceeding withdrawing appeal.

The opinion states the case.

*Freeman & Batsell,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant resorted to a writ of habeas corpus to relieve himself from an arrest based on a complaint and information charging him with keeping a disorderly house. Upon a hearing he was remanded to the custody of the sheriff, who was instructed to release

him upon his giving bond. Appellant gave notice of appeal from the decision of the court, and the case was submitted. Since the submission appellant has concluded to accept the decision of the lower court, and has entered into bond in pursuance of that conclusion. This fact has been made known to this court in a satisfactory way. This would dismiss the appeal for want of jurisdiction under the circumstances stated. This has been called to our attention by the attorneys on both sides and the sheriff, and accompying affidavit.

The appeal will be dismissed.

*Dismissed.*